## 28781. WARD v. WARD.

UNDERCOFLER, Justice.

This appeal is from an award of temporary custody in a divorce case which has been certified by the trial judge for immediate review.

We have carefully reviewed the evidence in this case and can not find that the trial court abused its discretion in awarding the two minor children to the custody of their mother. Code Ann. § 30-127 (Ga. L. 1957, pp. 412, 413; 1962, pp. 713, 714).

*Judgment affirmed. All the Justices concur.*

ARGUED APRIL 10, 1974 — DECIDED APRIL 30, 1974.

*Fred W. Minter,* for appellant.
*Raymond A. Cunningham,* for appellee.